COURT OF APPEALS 
SECOND DISTRICT OF TEXAS
FORT WORTH

NO. 2-03-155-CV

PAUL EARL DORSEY                                                              APPELLANT 
 
V.
 
T.D.C.J. - INSTITUTIONAL                                                       APPELLEES 
DIVISION, ET AL.

----------
FROM THE 78TH DISTRICT COURT OF WICHITA COUNTY
----------
MEMORANDUM OPINION


 AND JUDGMENT
----------
We have considered “Appellant Dorsey’s Motion To Dismiss Appeal.” It
is the court's opinion that the motion should be granted; therefore, we dismiss
the appeal. See TEX. R. APP. P. 42.1(a)(1), 43.2(f).
 
PER CURIAM  
PANEL D:   DAUPHINOT, HOLMAN, and GARDNER, JJ. 
 
DELIVERED: September 18, 2003